No. 83–2156.  PLOTNICK v. OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 83–2158.  DEVINES ET AL. v. MAIER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–2159.  SONOMA VINEYARDS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 83–2167.  NASSER v. FEDERAL HOME LOAN BANK BOARD. C. A. 9th Cir.  Certiorari denied.

No. 83–5987.  HOLMES ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 83–6224.  BATES v. GARRISON, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 83–6286.  GRAVES v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 83–6402.  SHARMA v. DEPARTMENT OF LAND AND NATURAL RESOURCES OF HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 83–6443.  HOLMES v. SLATE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–6449.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–6455.  MURLEY ET AL. v. HARKIN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 83–6458.  DEVORE v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 83–6487.  FOSKEY ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6496.  MILBY v. HAMM ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–6501.  CLEMENTS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.